THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The
State,        Respondent,
 
 
 

v.

 
 
 
William Carson Hopkins,
Jr.,        Appellant.
 
 
 

Appeal From Florence County
James E. Brogdon, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-004
Submitted January 1, 2005  Filed January 
 7, 2005

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney Wanda P. Hagler, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Edgar L. Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  William Carson Hopkins, Jr. pled guilty to resisting arrest, 
 possession of a stolen vehicle, and failure to stop for a blue light, second 
 offense.  He was sentenced to one year for resisting arrest, five years for 
 possession of a stolen vehicle, and five years for failure to stop, to be served 
 concurrently.  Hopkinss appellate counsel filed a brief pursuant to Anders 
 v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition 
 to be relieved from representation, asserting there are no directly appealable 
 issues of arguable merit.  Hopkins did not file a pro se response 
 with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 ANDERSON, STILWELL, and SHORT, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.